Stout *v.* Seabrook's executors.      Dalrymple *v.* Van Syckel.

and that, unless the defendants redeem within thirty days of the service of the decree, they shall be foreclosed.

PER CURIAM.

The decree in this case unanimously affirmed, for reasons given by the vice-chancellor in the case below.

THOMAS B. STOUT, appellant,

*v.*

EXECUTORS OF HENRY H. SEABROOK, deceased, respondents.

*Mr. Wm. H. Vredenburgh* and *Mr. J. D. Bedle,* for appellant.

*Mr. G. C. Beekman,* for respondents.

PER CURIAM.

This decree affirmed, for reasons given by the vice-chancellor in the case below, *3 Stew. Eq. 187.*

For affirmance—BEASLEY, C. J., DEPUE, KNAPP, MAGIE, SCUDDER, CLEMENT, DODD, GREEN—8.

For reversal—DIXON, REED, VAN SYCKEL—3.